UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,                              Case No. 20-mj-0687 (WMW/LIB)

                Plaintiff,

     v.                                                        **ORDER**

Robert Dale LaTourell, Jr (1); Melinda
May LaTourell (2); and Melissa Ann
LaTourell (3),

                Defendants.

---

This matter is before the Court on the parties' joint motion to exclude time under the Speedy Trial Act.  (Dkt. 68.)  The parties seek to exclude the period of time from September 1, 2021, through October 1, 2021, from Speedy Trial Act calculations in part to permit Defendants to effectively prepare a defense.  The motion is signed by all counsel and each Defendant.

The Court has reviewed and carefully considered the parties' joint motion.  Under the circumstances presented, and taking into account the exercise of due diligence by counsel, the Court finds that failure to exclude time to allow for additional trial preparation in this case would deny counsel the reasonable time necessary for effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court, therefore, finds that the ends of justice served by ordering a continuance outweigh the interest of the public and Defendants' right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A).  In making this

finding, the Court concludes that the failure to exclude time through October 1, 2021, would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.      The parties' joint motion to exclude time under the Speedy Trial Act, (Dkt. 68), is **GRANTED**.

2.      The period of time from September 1, 2021, through October 1, 2021, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).


Dated:  September 3, 2021                          s/Wilhelmina M. Wright
                                                  Wilhelmina M. Wright
                                                  United States District Judge