UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 20-mj-0687 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Robert Dale LaTourell, Jr. (1), Melinda May LaTourell (2), and Melissa Ann LaTourell (3), | |
| Defendants. | |

---

This matter is before the Court upon joint motion to continue the trial. (Dkt. 78.) Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial. Based on the foregoing analysis and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The joint motion to continue the trial, (Dkt. 78), is **GRANTED**.

2. The period from **April 12, 2022**, through **June 13, 2022**, shall be excluded from the Speedy Trial Act computations in this case.

Dated:  April 12, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge